**NOT FOR PUBLICATION**

FEB 24 2010

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUAN MANUEL REYES-SOLORIO, | No. 07-73632 |
| Petitioner, | Agency No. A077-152-398 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010**

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Juan Manuel Reyes-Solorio, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

Immigration Judge's decision denying his request for a continuance.  Our

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

SS/Research

jurisdiction is governed by 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion for continuance.  *Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008) (per curiam).  We deny in part and dismiss in part the petition for review.

The agency did not abuse its discretion in denying Reyes-Solorio's motion to continue because Reyes-Solorio's eligibility for adjustment of status was speculative.  *See id.* at 1247 (denial of a motion to continue was not an abuse of discretion where relief was not immediately available to petitioner).

We lack jurisdiction to review Reyes-Solorio's unexhausted due process claim regarding the denial of a continuance.  *See Serrano v. Gonzales*, 469 F.3d 1317, 1319 (9th Cir. 2006).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**